THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MYRON E. WILSON, Appellant.— Upon the opinion of the Court of Appeals (7 N Y 2d 568) and upon its remittitur, dated April 21, 1960, to this court and to the County Court, Westchester County, this court on June 10, 1960, made an order vacating its prior order, dated September 9, 1959, dismissing defendant's appeal from an order of said County Court, entered May 9, 1958, denying his *coram nobis* application. Based upon the foregoing this court now vacates its prior order of March 23, 1959, insofar as it denies defendant's motion for leave to appeal as a poor person. On reconsideration, such motion will be treated as a motion to dispense with printing. Motion granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy on the District Attorney. The defendant's time to perfect his appeal is enlarged to the October term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. Joseph A. Lichtenthal, Esq., 175 Main Street, White Plains, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

LEE SCHULMAN et al., Respondents, v. GLENWOOD CONSTRUCTION CORP. et al., Appellants.— Motion to dismiss appeal denied on condition that appellants be ready to argue or submit the appeal at the October Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellants' brief must be served and filed on or before September 1, 1960. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

STANLEY SCHWARZBART et al., Respondents, v. HENLEY DEVELOPMENT CORP., Appellant, et al., Defendant.— Motion for a stay denied, without costs. The appellant may obtain a stay, however, without court order by filing an appropriate undertaking (Civ. Prac. Act, §§ 594, 615, 616). Motion to dispense with the printing of the record granted. The appeal will be heard on the original papers and exhibits (including the typed minutes) before the Appellate Term and upon all the subsequent original papers. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

CONSTANT UZANSKI, Respondent, v. JAMES E. FITZSIMMONS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta and Christ, JJ., concur; Pette, J., not voting.

EMANUEL ZAGON, Appellant, v. WILLIAM MARTIN et al., Respondents.— Motion to dismiss appeal granted by default, with $10 costs, and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.